■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN POWELL, Appellant. [911 NYS2d 636]—Appeal by the defendant from a resentence of the County Court, Nassau County (Jaeger, J.), imposed November 19, 2008, upon his conviction of manslaughter in the first degree, upon his plea of guilty, imposed August 18, 2003.

Ordered that the resentence is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental pro se brief. Dillon, J.P., Santucci, Dickerson and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAUNCY RAMOS, Appellant. [910 NYS2d 911]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 13, 2007 (*People v Ramos*, 45 AD3d 702 [2007]), affirming a judgment of the County Court, Westchester County, rendered November 16, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Santucci and Balkin, JJ., concur.